SHANA KEATING
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
415/567-9422
fax 776-8047
SBN 160900

Attorney for Defendant
HILIAUMENIUEVA TOKOTAHA

**FILED**

MAR 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

STANLEY PRYOR, et. Al.,

   Defendants.
_____/

Case No. CR 06-0316 MHP

STIPULATION TO WAIVE APPEARANCE

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel that:

1. Whereas the defendant has successfully complied with the conditions of his release, and whereas he has presented no issues of flight or safety to the community since his release, and;

2. Whereas Mr. Tokotaha was released to live in Florida and still resides there with his infant and does not have substantial finanacial means, and;

3. Whereas Mr. Tokotaha is aware of the nature of the proceedings and agrees to waive his right to be present.

4. All parties hereby stipulate that Mr. Tokotaha's appearqance be waived for the hearing scheduled for Monday, March 19, 2007.

1

```
 1
 2   DATED:                              Respectfully submitted,
 3                                       _____
 4                                       SHANA KEATING
                                         Attorney for Defendant
 5                                       HILIAUMENIUEVA TOKOTAHA
 6   DATED:
 7                                       _____
                                         BARBARA SILANO
 8                                              Assistant United States Attorney
 9
10
...
28
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HILIAMENIUEVA TOKOTAHA

    Defendant.

_____/

Case No. CR 06-0316 mhp

[~~PROPOSED~~] ORDER

    Based on the stipulation of the parties, and good cause appearing therefore, it is hereby ordered that Hiliaumenieuva Tokotaha's appearance is waived for the hearing currently scheduled for Monday, March 19, 2007.

DATED: 3/16/07

_____
Hon MARILYN HALL PATEL
United States District Court Judge

3