UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0316 |
| Plaintiff, | [~~PROPOSED~~] ORDER FOR TRAVEL |
| vs. | |
| HELIAMENIUEVA TOKOTAHA, | |
| Defendant. | |

Based on the stipulation of the parties and GOOD CAUSE APPEARING therefore, it is hereby ordered that Heliameniueva Tokotaha may travel to the Coral Gables, Florida area from Friday, May 25, 2007 to Monday, May 28, 2007.

Dated: May 16, 2007

Hon. Judge Maria-Elena James
United States ___ Judge

IT IS SO ORDERED

|   |                          |
|---|--------------------------|
| 1 | SHANA KEATING            |
|   | Attorney at Law          |
| 2 | 1934 Divisadero Street   |
|   | San Francisco, CA 94115  |
| 3 | 415/567-9422             |
|   | fax 776-8047             |
| 4 | SBN 160900               |

Attorney for Defendant
HELIAMENIUEVA TOKOTAHA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                Case No. CR-06-0316 MHP

        Plaintiff,                          STIPULATION FOR TRAVEL ORDER TO
vs.                                       THE CORAL GABLES FLORIDA AREA

HELIAMENIUEVA TOKOTAHA,

        Defendant.
_____/

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that:

    1.    Whereas Mr. Tokotaha has been on pre-trial release for almost a year and has had no issues.

    2.    Whereas Mr. Tokotaha resides in Florida with his wife, baby, and mother-in-law and wishes to attend the wedding of his sister-in-law in the Coral Gables area of Florida from Friday, May 25, 2007 to Monday, May 28, 2007.

3. Al parties hereby stipulate that Mr. Tokotaha be allowed to travel to the Coral Gables area of Florida from Friday, May 25, 2007 to Monday, May 28, 2007.

DATED: Respectfully submitted,

/s/
———————————————
SHANA KEATING
Attorney for Defendant
HELIAMENIUEVA TOKOTAHA

DATED:

/s/
———————————————
BARBARA B. SILANO
Assistant United States Attorney