|   |   |
|---|---|
| 1 | **SHANA KEATING** |
| 2 | Attorney at Law |
|   | 1934 Divisadero Street |
|   | San Francisco, CA 94115 |
| 3 | 415/567-9422 |
|   | fax 776-8047 |
| 4 | SBN 160900 |

Attorney for Defendant
HILIAUMENIUEVA TOKOTAHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STANLEY PRYOR, et. Al.,

    Defendants.

                            /

Case No. CR 06-0316 MHP

STIPULATION TO AMEND CONDITIONS OF RELEASE

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel that:

Whereas the defendant has been on pre-trial release for one and a half years and has successfully complied with the conditions of his release. Whereas he has presented no issues of flight or safety to the community since his release and whereas he has pled guilty and is awaiting sentencing; it is hereby stipulated that the conditions of his release may be amended to delete the requirement that he participate in electronic home monitoring and instead report to pre-trial services "as directed by pre-trial services."

Counsel for Mr Tokotaha has previously spoken to Pre-Trial Services Officer Tad Parks who supervises Mr. Tokotaha. Mr. Parks indicated that he has no objection to lifting the requirement of electronic home monitoring and changing it to "report to pre-trial services as ordered."

DATED: 1/17/08          Respectfully submitted,

_____/S/_____
SHANA KEATING
Attorney for Defendant
HILIAUMENIUEVA TOKOTAHA

DATED:2/6/08

_____/S/_____
BARBARA B. SILANO
Assistant United States Attorney

3/6/2008

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA