SHANA KEATING
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
415/567-9422
fax 776-8047
SBN 160900

Attorney for Defendant
HELIAMENIUEVA TOKOTAHA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>HELIAMENIUEVA TOKOTAHA,<br><br>      Defendant.<br>_____/ | Case No. CR-06-0316 MHP<br><br>STIPULATION FOR TRAVEL ORDER TO THE NORTHERN DISTRICT OF CALIFORNIA |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that:

1. Whereas Mr. Tokotaha has been on pre-trial release for almost two years and has had no issues.

2. Whereas Mr. Tokotaha has entered a guilty plea in the case and is awaiting sentencing.

3. Whereas family member Rose Navarro is in critical care, is on life support, and will be dying imminently.

4. Whereas Mr. Tokotaha is distraught and would like to travel to the Northern District to see her before she dies and/or attend her funeral. And where he would like to purchase a ticket on the first available flight and/or fly standby.

5. All parties hereby stipulate that Mr. Tokotaha be allowed to travel to the Northern District of California some time during the period from March 5, 2008 to March 18, 2008.

DATED: 3/5/08    Respectfully submitted,

/S/
SHANA KEATING
Attorney for Defendant
HELIAMENIUEVA TOKOTAHA

DATED: 3/5/08

/S/
BARBARA B. SILANO
Assistant United States Attorney

3/6/2008

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA