SHANA KEATING
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
415/567-9422
fax 776-8047
SBN 160900

Attorney for Defendant
HILIAUMENIUEVA TOKOTAHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>vs.<br><br>STANLEY JAMES PRYOR, et al,<br><br>       Defendant.                  / | Case No. CR 06-0316 MHP<br><br>STIPULATION TO CONTINUE SENTENCING HEARING |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that:

The sentencing hearing originally set for March 24, 2007 may be vacated and hereby re-scheduled to September 8, 2008 at 9:00 a.m. or another date convenient to the Court and all parties.

DATED:                                      Respectfully submitted,

                                                          \s\
                                       SHANA KEATING
                                       Attorney for Defendant
                                       HILIAUMENIUEVA TOKOTAHA

DATED:                                                     \s\
                                       BARBARA BRENNAN SILANO
                                       Assistant United States Attorney

## DECLARATION OF COUNSEL

I, SHANA KEATING, state and declare as follows:

I am an attorney licensed to practice in the state of California and the attorney of record for Mr. Tokotaha in the above-entitled matter.

Mr. Tokotaha was originally scheduled to be sentenced on March 24, 2008 at 9:00 a.m. Federal Probation Officer Sara Black has contacted my office to inform me that, because of extensive training, she will not be able to complete the pre-sentence report in time for the sentencing hearing to take place on that date.

In addition, Mr. Tokotaha's sentencing should trail the sentencing of his remaining co-defendants given the nature of the plea in this matter.

Finally, counsel for Mr. Tokotaha would like to accompany her family on a trip outside the United States that is scheduled for the week of March 24, 2008 and cannot be moved.

Mr. Tokotaha has been out of custody for the entirety of these proceedings and has been extremely successful on pre-trial release during this time. He has used this time to be a primary caretaker for his child who was born when this case was charged. In addition, he has procured and maintained employment and re-established himself as a hardworking family man in Florida. For these reasons, he and counsel believe that a continuance of the sentencing would be in his and his family's best interests.

I state and declare that the foregoing is true and correct to the best of my belief except as to those matters stated on information and belief, and as to those I believe them to be true. This declaration is executed this 21st day of February, 2008 in San Francisco, California.

_____\\s\_____
SHANA KEATING, Esq.

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | UNITED STATES DISTRICT COURT | |
| 6 | NORTHERN DISTRICT OF CALIFORNIA | |
| 7 | | |

UNITED STATES OF AMERICA,          Case No. CR 06-0316 MHP

    Plaintiff,                          [PROPOSED] ORDER

vs.

PRYOR, et al

HILIAUMENIUEVA TOKOTAHA,

    Defendant.
_____/

GOOD CAUSE APPEARING: it is hereby ordered that the sentencing hearing previously scheduled for March 24, 2008 is vacated. The new sentencing date will be AUGUST 4, ~~September 8~~, 2008 at 9:00 a.m.

DATED: July 3, 2008

_____
HON.
United

IT IS SO ORDERED
Judge Marilyn H. Patel