SHANA KEATING
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
415/567-9422
fax 776-8047
SBN 160900

Attorney for Defendant
HILIAUMENIUEVA TOKOTAHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06-0316 MHP |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| vs. | |
| STANLEY JAMES PRYOR, et al, | |
| Defendant. / | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that:

The sentencing hearing originally set for August 4, 2008, may be vacated and re-scheduled for September 22, 2008 at 9:00 a.m.

DATED:   7/30/08                    Respectfully submitted,

                                    /S/
                                    SHANA KEATING
                                    Attorney for Defendant
                                    HILIAUMENIUEVA TOKOTAHA


DATED:   7/30/08                    /S/
                                    STEPHEN JIGGER
                                    Assistant United States Attorney

DECLARATION OF COUNSEL

I, SHANA KEATING, state and declare as follows:

I am an attorney licensed to practice in the state of California and the attorney of record for Mr. Tokotaha in the above-entitled matter.

On March 20, 2008 I submitted a stipulation and proposed order to continue the sentencing in this matter until after the co-defendants had been sentenced. This is because the structure of the plea required that Mr. Tokotaha be sentenced last so that he could be accurately sentenced pursuant to the plea agreement. That stipulation and proposed order requested that the date be moved to September 8, 2008.

On July 3, 2008 this Honorable Court signed the proposed order to continue the sentencing, but put the matter on for August 4, 2008, rather than the date proposed by the parties.

Almost exactly on year ago counsel for Mr. Tokotaha scheduled a family vacation/charity golf tournament for that week, and is thus currently planning on being out of town on that date. Since Counsel is managing a charity golf tournament in Palm Springs that involves over forty people, and since family members are flying out from as far away as Florida to attend, it would be a hardship to instead be in Court that day.

In addition, Barbara Silano, the prosecutor who has been supervising the procedures necessary to the plea and sentencing on this case, is on vacation until the Fifteenth of August.

Finally, there are co-defendants remaining to be sentenced in this case, and thus the procedures necessary for sentencing of Mr. Tokotaha have not ripened.

Mr. Tokotaha has been out of custody for the entirety of this case and has been extremely successful on pre-trial release. He has thus far used this time to be a primary caretaker for his child who was born when this case was charged. In addition, he has been working to support his family, and has re-established himself as a hard-working family man in the state of Florida - far away from the co-defendants in this case. Because of this, and because of the structure of the plea in this case, he and I believe that a continuance of the sentencing is in his best interests.

| | |
|---|---|
| 1 | Counsel has spoken with the Court's clerk, Tony Bowser, who has indicated that |
| 2 | September 22, 2008 at 9:00 a.m. is an available date with the Court. |

Counsel has spoken with the Court's clerk, Tony Bowser, who has indicated that September 22, 2008 at 9:00 a.m. is an available date with the Court.

Counsel has spoken with US probation officer Sara Black who indicated that she has no objection to a continuance and that September 22, 2008 is a good date for her.

For these reasons, counsel is respectfully requesting that the sentencing in this matter be continued to September 22, 2008 at 9:00 a.m. or another date and time convenient to the Court and all parties.

I state and declare that the foregoing is true and correct to the best of my belief except as to those matters stated on information and belief, and as to those I believe them to be true. This declaration is executed this 29th day of July, 2008 in San Francisco, California.

_____/S/_____
SHANA KEATING, Esq.

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 06-0316 MHP |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| HIOIAUMENIUEVA TOKOTAHA, | |
| Defendant. | |

GOOD CAUSE APPEARING: it is hereby ordered that the sentencing hearing previously scheduled for August 4, 2008 is vacated. The new sentencing date will be September 22, 2008 at 9:00 a.m. **NO FURTHER CONTINUANCES.**

DATED: July 31, 2008

_____
HON. _____
United _____

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*